1038

No. 92–6313. MAKI v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–6315. MARTZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–6316. SUTTON v. ESTATE OF SUTTON ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–6321. HUDDLESTON v. PRUETT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–6323. DOROTHY W. v. COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 92–6325. MILTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–6330. TAMBORRINO v. MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–6333. BENTLEY v. WILLIS ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–6338. CODY v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 92–6348. SIMS v. KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–6352. SONGER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–6355. WITHERSPOON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–6366. FRANK v. JOHNSON, SUPERINTENDENT, ORLEANS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 92–6373. OLANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.